IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE ALEX FOSTER III,<br><br>Defendant. | CR 19-18-BLG-SPW<br><br>**ORDER** |

Defendant has filed a motion for temporary release to attend funeral and burial services of his deceased grandmother. (Doc. 19.)

Accordingly, IT IS ORDERED that the Court will conduct a Detention Hearing in this matter on **May 1, 2019, at 2:30 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that defense counsel, Palmer Hoovestal, is permitted to appear by video-conference. Mr. Hoovestal should report to the clerk's office at the United States District Court, 901 Front Street, Helena, Montana to appear by video-conference at the hearing.

DATED this 30th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge