IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-18-BLG-SPW-1 |
|---|---|
| Plaintiff, | **ORDER AUTHORIZING TEMPORARY RELEASE** |
| vs. | |
| LAWRENCE ALEX FOSTER, III, | |
| Defendant. | |

Upon motion of Defendant for temporary release to attend funeral and burial services of his deceased grandmother (Doc. 19), and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be released from U.S. Marshal Service custody at the Yellowstone County Detention Facility on May 2, 2019, from 10:00 a.m. until 2:00 p.m. to allow him to travel to, and attend the services for his deceased grandmother at the Gospel Baptist Church and Sunset Memorial Gardens in Billings, Montana. Defendant shall be released to the custody of his daughter, Mashayla Foster, who will transport him to and from the services, and he shall remain in her custody for the entirety of his furlough.

**Defendant shall report back to the Yellowstone County Detention Facility no later than 2:00 p.m. on May 2, 2019.**

DATED this 2nd day of May, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge

FILED MAY 02 2019
Clerk, U.S. District Court
District of Montana - Billings