IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-18-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| LAWRENCE ALEX FOSTER, III, | |
| Defendant. | |

Counsel for Defendant has filed an unopposed motion to appear by telephone at Defendant's initial appearance on a bench warrant. (Doc. 42.) Good cause appearing, IT IS ORDERED that attorney Palmer Hoovestal may appear by telephone at the initial appearance scheduled for July 31, 2019 at 9:00 a.m. The Court will contact defense counsel's office with dial-in instructions for the hearing.

DATED this 30th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge